UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

    -and-

MARK MILANO,

                Intervening Plaintiff,

    -against-

EMMANUEL O. ASARE, M.D., and
SPRINGFIELD MEDICAL AESTHETIC P.C.
d/b/a ADVANCED COSMETIC SURGERY OF
NEW YORK,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2020

15 Civ. 3556 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

    The Clerk of Court is directed to add "J.G." and "S.V." to the docket as Interested Parties.

    SO ORDERED.

Dated: August 6, 2020
       New York, New York

                                            ANALISA TORRES
                                       United States District Judge