# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,                        15 **CIVIL** 3556 (AT) (OTW)

       -and-                                      **JUDGMENT**

MARK MILANO,

        Intervening Plaintiff,

      -against-

EMMANUEL O. ASARE, M.D., and
SPRINGFIELD MEDICAL AESTHETIC P.C.
d/b/a ADVANCED COSMETIC SURGERY OF
NEW YORK,
                   Defendants.

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 5, 2020, the Court holds that the Government has proven, by a preponderance of the evidence, that Defendants violated the ADA.

Accordingly, it is ORDERED that:

1. Defendants must pay compensatory damages in the amount of $125,000 to J.G. and S.V. under the ADA, and to Milano under the NYCHRL;

2. Defendants must pay to the Government a civil penalty in the amount of $15,000;

3. Defendants are enjoined from (a) testing every patient to determine whether they have HIV, and (b) conducting HIV testing without patients' express consent; and

4. Defendants are required to institute and adhere to written policies regarding ADA compliance in the patient intake and screening process.

The Court retains jurisdiction to monitor Defendants' compliance with the terms of this

Order; Judgment is entered against Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
August 6, 2020

**RUBY J. KRAJICK**
_____
Clerk of Court

**BY:**  *[signature: David J. Thomas]*
Deputy Clerk