USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/1/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

    v.

EMMANUEL O. ASARE and SPRINGFIELD MEDICAL AESTHETIC PC,

                Judgment Debtors,

                and

TD BANK, N.A.,

                Garnishee.

15 CV 3556 (AT)

**WRIT OF GARNISHMENT**

TO:    TD Bank, N.A.
          1701 Route 70 East, 1st Floor
          Cherry Hill, New Jersey 08003

An Application for Writ of Garnishment seeking property belonging to or due Defendants-Judgment Debtors, EMMANUEL O. ASARE and SPRINGFIELD MEDICAL AESTHETHIC, PC, was filed with this Court to enforce a judgment for the United States in this matter. As of May 24, 2022, the outstanding principal debt balance is $386,418.80, excluding accrued interest.

Pending further order of this Court, you shall withhold and retain all property in which EMMANUEL O. ASARE and SPRINGFIELD MEDICAL AESTHETHIC, PC has a substantial nonexempt interest and for which you are or may become indebted to EMMANUEL O. ASARE and SPRINGFIELD MEDICAL AESTHETHIC, PC. *See* 28 U.S.C. § 3205(c)(2)(F). Property that is exempt and that is not subject to this Writ is listed in the enclosed Clerk's Notice. Do not deliver the property to the Clerk of Court at this time. Instead, withhold and retain the property until the Court orders its distribution. *Id*.

You are required by law to file an Answer within 10 days of your receipt of this Writ advising the Court whether you hold or will hold substantial nonexempt property for EMMANUEL O. ASARE and SPRINGFIELD MEDICAL AESTHETHIC, PC. If you are represented by counsel who is a registered Electronic Case Files (ECF) system filer in this district, you may file your Answer electronically in ECF. Otherwise, mail or deliver the original answer to the Clerk of Court, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, Attn: Arraignment Unit Room 520, and send a copy of your Answer to EMMANUEL O. ASARE, 23 Elderberry Road, Dix Hills, New York 11746 and SPRINGFIELD MEDICAL AESTHETHIC, PC, 118 Glen Cove Road in Roslyn Heights, New York 11577, and Assistant United States Attorney Melissa A. Childs, United States Attorney's Office, 86 Chambers Street, New York, New York 10007. *See* 28 U.S.C. § 3205(c). A sample Answer Form is enclosed for your convenience; your Answer will be publicly filed, so please redact account numbers to the last four digits.

If you fail to answer this Writ or withhold property in accordance with this Writ, the United States may petition this Court for an order requiring you to appear before this Court to answer this Writ and withhold property before the appearance date. *See* 28 U.S.C. § 3205(c)(6). If you fail to answer, or appear and fail to show good cause why you failed to comply with this Writ, the Court shall enter a judgment against you for the value of the substantial nonexempt property that should have been withheld and/or award a reasonable attorney's fee to the United States. *Id*.

SO ORDERED.

Dated: June 1, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge