| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/29/2022 |

UNITED STATES OF AMERICA,

                Judgment Creditor,

     v.

EMMANUEL O. ASARE and SPRINGFIELD MEDICAL AESTHETIC PC,

                Judgment Debtors,

15 Civ. 3556 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Judgment Debtor Asare's claim of exemptions and Judgment Debtors' request for hearing. ECF No. 272. Further, because Judgment Debtors have confirmed via email that they do not request that the hearing occur quickly, the Court shall hold the hearing as soon as practicable. 28 U.S.C. § 3205(c)(5). The Court shall set a date for the hearing after it receives the answer from Garnishee TD Bank, N.A. To aid the Court's preparation for the upcoming hearing, by **July 5, 2022**, Judgment Debtor Asare shall file a statement under oath particularizing his claimed exemptions, including his ownership interest in the accounts at issue and the value he claims for each exemption. *See* 28 U.S.C. § 3014(b)(1).

      SO ORDERED.

Dated: June 29, 2022
       New York, New York

*(signature)*
ANALISA TORRES
United States District Judge