UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

    v.

EMMANUEL O. ASARE and SPRINGFIELD MEDICAL AESTHETIC PC,

                Judgment Debtors.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2022

15 Civ. 3556 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 25, 2022, via email, the Court ordered Judgment Debtors' counsel, Wayne Greenwald, to enter an appearance in this matter by June 26, 2022. Judgment Debtors' counsel has failed to appear in this matter. Then, on June 29, 2022, the Court ordered Judgment Debtor Asare to file a statement under oath, by July 5, 2022, particularizing his claimed exemptions, including his ownership interest in the accounts at issue and the value he claims for each exemption in accordance with 28 U.S.C. § 3014(b)(1). ECF No. 273. This filing is overdue. Accordingly, by **July 11, 2022**, Mr. Greenwald shall appear in this matter, and Judgment Debtor Asare shall file a statement under oath as described above and in the Court's order at ECF No. 273.

    SO ORDERED.

Dated: July 7, 2022
       New York, New York

                                                ANALISA TORRES
                                                United States District Judge