UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                      Judgment Creditor,

v.

EMMANUEL O. ASARE and SPRINGFIELD MEDICAL AESTHETIC PC,

                      Judgment Debtors,

and

TD BANK, N.A.,

                      Garnishee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/20/2022_

15 Civ. 3556 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On July 11, 2022, via email, the Judgment Creditor provided the Court with a copy of the response to the writ of garnishment, ECF No. 271, from the Garnishee. On July 13, 2022, via email, the Court inquired as to whether the parties were prepared to move forward with the hearing on the validity of the claims for exemptions, *see* ECF No. 272, and proposed two dates. Later that day, counsel for the Judgment Debtors emailed the Court stating that he was unavailable on the dates the Court proposed. On July 14, 2022, the Court proposed two further dates for the hearing. It has not heard from the parties regarding those dates. The Court has the following dates and time available for the hearing:

- July 21, 2022, at 6:00 p.m.
- July 22, 2022, at 5:00 p.m.
- July 27, 2022, at 10:00 a.m., 4:00 p.m., and 5:00 p.m.

       Accordingly, by **July 21, 2022**, at **10:00 a.m.** the parties shall inform the Court at which of the above times they are available. The Court shall not be available between July 28, 2022, and September 6, 2022.

       SO ORDERED.

Dated: July 20, 2022
       New York, New York

                                                              ANALISA TORRES
                                                    United States District Judge