UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

v.

EMMANUEL O. ASARE and SPRINGFIELD MEDICAL AESTHETIC PC,

                Judgment Debtors,

and

TD BANK, N.A.,

                Garnishee.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/22/2022_

15 Civ. 3556 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On July 20, 2022, the Court provided the parties with five potential times for a hearing. ECF No. 277.  Judgment Debtors responded that they could not attend a hearing at any of the proposed times.  ECF No. 279.  In Judgment Creditor's letter to the Court, it represented that the Court could resolve this matter without a hearing.  ECF No. 278.

      Accordingly, by **July 25, 2022, at 10:00 a.m.**, Judgment Debtors shall respond to Judgment Creditor's position regarding the need for a hearing in this matter.  Should Judgment Debtors believe a hearing is still necessary, by the same time, the parties shall submit mutually available times for a videoconference hearing on July 25 through 28, 2022.  The Court is willing to conduct the hearing after regular business hours, if necessary.

      SO ORDERED.

Dated: July 22, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge