# WAYNE GREENWALD
*Attorneys*

475 Park Avenue South- 18th
New York, New York 10016
Tel: 212-983-1922   Fax: 877-2
e-mail: grimlawyers@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2022

July 28, 2022                                                                                              W. M. Greenwald

BY ECF
and Email - Torres_NYSDChambers@nysd.uscourts.gov,

Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Emergency Request for Adjournment**
       *United States v. United States v. Emmanuel O. Asare and Springfield Medical Aesthetic PC*, No. 15-CV-3556 (AT)

Dear Judge Torres:

This office represents the Judgment Debtors.   This letter requests an adjournment of today's hearing, scheduled for 4:00 p.m

The reason for this request is that Dr. Asare lost his younger brother today.

I called Dr., Asare to prepare him for today's hearing.  As I was preparing Dr. Asare, he broke down, wept and told me of his loss. Emotionally, he cannot participate at today's hearing. His grief was palpable, to me.

Accordingly, I ask this Court to adjourn today's hearing

I regret the need to make the request on several levels. In addition to Dr. Asare's loss, I appreciate truly the Court's and Government's efforts in scheduling the hearing.

I lacked the time to make this request to Ms. Child's before asking for this adjournment. I just learned of Dr. Asare's situation.  Ms. Childs is cc'd on this letter.

I believe this is my first request for an adjournment.  Prior communications concerned scheduling conflicts and a request for discovery


GRANTED.  The hearing schedule for July 28, 2022, at 4:00 p.m., is ADJOURNED.  The Court shall issue an order rescheduling the hearing in due course.

SO ORDERED.

Dated: July 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge